**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. CR-10-20162

AARON MOORE,

    Defendant(s)
                                     /

**ORDER DENYING DEFENDANT'S**
**MOTION IN LIMINE**

Pending before the court is Defendant's Motion in Liminie (Dkt. #36) seeking a declaration that a lesser included offense instruction be given.

Eastern District of Michigan Local Rules require that a movant in any motion to seek concurrence in motions and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). No exception is made for criminal cases. E.D. Mich. LR 1.1(c) ("These rules apply in civil and criminal actions."). The motion neither mentions nor explains any effort to seek concurrence and to agree upon a result without involving the court.

Accordingly, IT IS ORDERED that Defendant's motion (Dkt. #36) is **DENIED**.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 16, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 16, 2010, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522